

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2023

**BY ECF AND E-MAIL**

**MEMO ENDORSED**

The Honorable Sydney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Alexander Garcia*, 23 Cr. 240 (SHS)

Dear Judge Stein:

The Court has indicated its intention to set June 29, 2023, as a control date for the defendant's arraignment and initial conference. The Government respectfully request that the Court exclude time between today and the control date pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A). The Government submits that the interests of justice served by an exclusion outweigh the public and the defendant's interest in a speedy trial in light of the defendant's ongoing hospital stay. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

CC: Ian Marcus Amelkin (by ECF and E-Mail)

**The conference is set for June 29 at 3:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until June 29, 2023. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

Dated: New York, New York
       May 16, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.